THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:    702-384-4012
Facsimile:  702-383-0701
Email:  tdillard@ocgas.com
          sbarker@ocgas.com
*Attorneys for Defendants*
*Clark County School*
   *Clark County School District*
       *and Nicole Riley*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| S.D., a minor by and through her Parents, Andre Dupree and Daijeana Rogers,<br><br>                              Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; NICHOLE RILEY, individually and in her capacity as Plaintiff's former teacher of record; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>                              Defendants. | Case No. 2:23-cv-00684-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

PURSUANT TO LR 6-1 and LR 26-4, PLAINTIFFS, by and through their undersigned counsel of record, and Defendants CLARK COUNTY SCHOOL DISTRICT (CCSD) and NICOLE RILEY (Riley), by and through their undersigned counsel of record, hereby stipulate and request that this Court extend discovery deadlines in the above-captioned case by ninety days as outlined herein. This is the parties' **First Request** to extend the time to complete discovery.

In support of this Stipulation and Request, the parties state as follows:

I.   <u>Procedural Posture of the Case:</u>

1. On May 1, 2023, Plaintiffs filed the subject Complaint. (ECF No. 1)

2. On May 30, 2023, Defendant CCSD filed its Answer to Plaintiffs' Complaint. (ECF

No. 5)

3. On June 27, 2023, Defendant Riley filed her Answer to Plaintiffs' Complaint. (ECF No. 9)

4. On July 18, 2023, the Court approved the parties proposed Joint Discovery Plan and Scheduling Order. (ECF No. 11)

5. On September 5, 2023, the parties submitted to the Court a proposed Stipulated Protective and Confidentiality Order (ECF No. 13)

II. Discovery Completed to Date

1. Initial Disclosures were served:
   a. By Defendants CCSD and Riley on July 21, 2023
   b. By Plaintiffs on July 24, 2023
2. Interrogatories and Requests for Production of Documents were served to Plaintiffs by Defendant CCSD on August 24, 2023; Plaintiffs' Responses thereto are due on September 26, 2023.
3. Deposition of CCSD witness Eva Silvas is scheduled for September 7, 2023.
4. Deposition of CCSD witness Traci Mitchell is scheduled for September 7, 2023.
5. Deposition of CCSD Defendant Nicole Riley is scheduled for September 26, 2023.

III. Discovery Remaining

1. In-classroom observation of the minor Plaintiff by Plaintiffs' expert, scheduling of which has been complicated by first of the year administrative staffing changes at the minor Plaintiff's current school.
2. Disclosure of Plaintiffs' Computation of Damages
3. Determination of the scope, need for, and scheduling of a FRCP Rule 35 examination of the minor Plaintiff, contingent upon disclosure of Plaintiffs' Computation of Damages.
4. In addition to deposition of the named Defendant, depositions of an estimated six additional CCSD witnesses to events pertinent to the facts and circumstances surrounding the allegations of the Complaint.

5. Depositions of any and all physical and mental healthcare providers for the minor Plaintiff, the number of which is currently unknown.

6. Depositions of the minor Plaintiff's parents and guardians.

7. Upon Plaintiffs' production of Authorizations for physical and mental health care records, and for childcare records, Subpoenas Duces Tecum will be issued to gather evidence of the minor Plaintiff's treatment and interaction at locations other than CCSD.

8. The parties will produce expert reports and rebuttal experts.

9. The parties will depose experts as disclosed.

IV. Why Remaining Discovery Has Not Been Completed

On September 5, 2023, the parties submitted a proposed Stipulated Protective and Confidentiality Order to the Court. (ECF No. 13.) This matter involves students with educational needs which are subject to individualized educational plans protected by the Federal Educational Rights and Privacy Act. The proposed Protective and Confidentiality Order is intended to allow for restricted disclosure of relevant student information as relevant and proportional to the needs of this case and solely for the purpose of evidencing facts at issue in this litigation. Once the Protective Order is in place, records in the possession of CCSD can be more fully disclosed.

The parties have been actively attempting to coordinate schedules of the parties' attorneys and of multiple CCSD witnesses at the commencement of the school year. Due to the attorneys' calendars and conflicting discovery deadlines in other cases, the depositions and supplemental disclosures necessary to the parties' completion of discovery, have not been accomplished in spite of the parties' good faith efforts.

Plaintiffs have not yet disclosed a computation of damages nor any treatment records for the minor Plaintiff concerning the injuries and/or damages claimed to have been suffered by Defendants' conduct. Absent that disclosure Defendants have been unable to determine the need for or a proposed scope of a Rule 35 examination of the minor Plaintiff.

Finally, Plaintiffs' expert has requested an in-classroom observation of the minor Plaintiff which has not yet been coordinated between the parties due to first of the school year administrative staffing changes at the minor Plaintiff's current school.

Accordingly, the parties request a 90-day extension of the discovery deadlines as set forth below.

V.  Requested Extension or Modification of the Discovery Plan and Scheduling Order

LR 26-4 governs modifications or extension of the discovery plan and scheduling order. LR 26-3 requires that any stipulation or motion must be made not later than twenty-one (21) days before the expiration of the subject deadline and comply fully with LR 26-4.

The current discovery deadlines and the parties' proposed extended deadlines are:

| **Scheduled Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Close of Discovery | November 27, 2023 | February 26, 2024 |
| Amending Pleadings | August 29, 2023 | Expired |
| Expert Disclosures | September 28, 2023 | December 28, 2023 |
| Rebuttal Disclosures | October 28, 2023 | January 26, 2024 |
| Dispositive Motions | December 27, 2023 | March 28, 2024 |
| Joint Pretrial Order | January 26, 2024 | April 27, 2024 |

This is the First Request for an extension of discovery deadlines in this matter. This extension is sought for the purpose of allowing the parties to fully discover testimony regarding the subject events, damages claimed, expert assessment of the events and damages at issue, and not for any improper purpose or for delay.

The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension.

///

///

///

1  BASED UPON THE FOREGOING, the parties respectfully request this Court extend discovery deadlines by ninety (90) days as set forth hereinabove.

IT IS SO STIPULATED AND AGREED BY:

DATED this 6th day of Sept., 2023.　　　　　DATED this 6th day of Sept., 2023.

OLSON CANNON GORMLEY　　　　　　　ARIAS SANGUINETTI WANG
    & STOBERSKI　　　　　　　　　　　　　　& TORRIJOS, LLP

By: /s/  Stephanie A. Barker　　　　　　　　By: /s/   Christopher A.J. Swift
    THOMAS D. DILLARD, JR., ESQ.　　　　　　GREGG A. HUBLEY, ESQ.
    Nevada Bar No. 6270　　　　　　　　　　　Nevada Bar No.  7386
    STEPHANIE A. BARKER, ESQ.　　　　　　　CHRISTOPHER A.J. SWIFT, ESQ.
    Nevada Bar No. 3176　　　　　　　　　　　Nevada Bar No. 11291
    9950 West Cheyenne Avenue　　　　　　　　7201 W. Lake Mead Blvd., Suite 570
    Las Vegas, Nevada 89129　　　　　　　　　Las Vegas, NV  89128
    tdillard@ocgas.com　　　　　　　　　　　gregg@aswtlawyers.com
    sbarker@ocgas.com　　　　　　　　　　　christopher@aswtlawyers.com
    *Attorneys for* Defendants　　　　　　　　*Attorneys for Plaintiffs*
       Clark County School District and
       Scarlett Perryman　　　　　　　　　　LAW OFFICE OF MARIANNE C. LANUTI
　　　　　　　　　　　　　　　　　　　　　MARIANNE C. LANUTI, ESQ.
　　　　　　　　　　　　　　　　　　　　　Nevada Bar No.  7784
　　　　　　　　　　　　　　　　　　　　　658 Falcon Summit Ct.
　　　　　　　　　　　　　　　　　　　　　Henderson, NV 89012
　　　　　　　　　　　　　　　　　　　　　NVKidsLaw@gmail.com
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

## ORDER

IT IS SO ORDERED.

DATED this   7th   day of   September  , 2023.

_____
UNITED STATES MAGISTRATE JUDGE

# Nan Langenderfer

| | |
|---|---|
| **From:** | Christopher A. J. Swift <christopher@aswtlawyers.com> |
| **Sent:** | Wednesday, September 6, 2023 10:35 AM |
| **To:** | Stephanie Barker; Gregg A. Hubley |
| **Cc:** | Jasminn G. Hernandez; Alex Ballard; Emily Smith; Bryan Tamayo; Linda Roth; Nan Langenderfer; Jessica Kaufman; Tom Dillard |
| **Subject:** | RE: SD v. CCSD - Expert Disclosure |

Hi Stephanie –

For this one, can we switch the expert rebuttal deadline to January 26, 2024, to match the BH matter and because January 27, 2024, is a Saturday. With that change you may affix my signature. Thanks!

CHRISTOPHER A.J. SWIFT | ARIAS SANGUINETTI | (702) 789-7529

**From:** Stephanie Barker <sbarker@ocgas.com>
**Sent:** Tuesday, September 5, 2023 6:59 PM
**To:** Christopher A. J. Swift <christopher@aswtlawyers.com>; Gregg A. Hubley <gregg@aswtlawyers.com>
**Cc:** Jasminn G. Hernandez <jasminn@aswtlawyers.com>; Alex Ballard <alex@aswtlawyers.com>; Emily Smith <emilys@aswtlawyers.com>; Bryan Tamayo <bryan@aswtlawyers.com>; Linda Roth <lroth@ocgas.com>; Nan Langenderfer <nlangenderfer@ocgas.com>; Jessica Kaufman <jkaufman@ocgas.com>; Tom Dillard <tdillard@ocgas.com>
**Subject:** RE: SD v. CCSD - Expert Disclosure
**Importance:** High

[CAUTION EXTERNAL E-MAIL: This email originated from Outside the Organization. DO NOT click or open attachments unless you recognize the sender and know the content is safe]

Chris & Gregg:

I've attached a draft Stip and Order requesting extension of discovery deadlines (First Request). Please let me know if you are agreeable to a stipulation, if so if this is acceptable and if you'd like changes. The Stip, or a motion, will need to be filed by Thursday.

Thank you.

**Stephanie A. Barker, Esq.**
**Olson Cannon Gormley & Stoberski**
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: 702-384-4012
Direct: 702-383-1624
sbarker@ocgas.com

**Privileged and Confidential**
This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon Gormley & Stoberski for any loss of damage

1