UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| S.D., a minor by and through her Parents, ANDREE DUPREE and DAIJEANA ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, *et al*.,<br><br>Defendants. | Case No. 2:23-cv-00684-RFB-NJK<br><br>**ORDER** |

Plaintiff S.D. by and through her parents Andre Dupree and Daijana Rogers and by and through their counsel, Arias Sanguinetti Wang & Team LLP and the Law Offices of Marianne C. Lanuti, have petitioned this Court for an Order to compromise the claim of S.D. pursuant to Nevada Revised Statute § 41.200 and to create the S.D. Supplemental Needs Trust pursuant to 42 U.S.C § 1396p(D)(4). Having considered the Verified Petition for Compromise, Payment of Attorney Fees and Costs, and for the Creation of the S.D. Special Needs Trust, the Court finds good cause to grant the petition.

Therefore, **IT IS HEREBY ORDERED** that the (ECF No. 27) Petition for Approval of Minor Compromise is **GRANTED**.

**IT IS FURTHER ORDERED** that the proposed settlement of the claim of Plaintiff S.D. against Defendants is approved in the sum of $800,000.00.

**IT IS FURTHER ORDERED** that the settlement is subject to costs in the amount of $79,997.93 which may be paid from the settlement proceeds to Plaintiff's counsel.

**IT IS FURTHER ORDERED** that the settlement is subject to attorney's fees in the amount of $300,000.00.

**IT IS FURTHER ORDERED** that the "S.D. Special Needs Trust" be ordered and created.

**IT IS FURTHER ORDERED** that $150,000.000 be used to fund a structured settlement annuity which would pay to the trust in accordance with the Terms of Structured Agreement. See Exhibit 2, ECF No. 27-3.

**IT IS FURTHER ORDERED** that the remainder to Plaintiff in the amount of $270,002.07 be paid to the S.D. Special Needs Trust pursuant to 42 U.S.C. § 1396p(d)(4)(A) (in lieu of a blocked account).

**IT IS FURTHER ORDERED** that the S.D. Special Needs Trust be permitted to purchase a vehicle for S.D.'s benefit in the amount of up to $62,000.00, in accordance with the Declaration of Daijeana Rogers. See Exhibit 3, ECF No. 27-4.

**IT IS FURTHER ORDERED** that Susan Hoy of Nevada Guardian Services be authorized as trustor to fund the S.D. Special Needs Trust.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to remove the gavel for the (ECF No. 25) Petition filed on November 27, 2024, pursuant to the (ECF No. 26) Notice of Withdrawal.

**DATED**: May 27, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**