1  THOMAS D. DILLARD, JR., ESQ.
   Nevada Bar No. 6270
2  STEPHANIE A. BARKER, ESQ.
   Nevada Bar No. 3176
3  STEPHANIE M. ZINNA, ESQ.
   Nevada Bar No. 11488
4  OLSON CANNON & GORMLEY
   9950 West Cheyenne Avenue
5  Las Vegas, NV 89129
   Phone:     702-384-4012
6  Facsimile:  702-383-0701
   Email: tdillard@ocgattorneys.com
7         sbarker@ocgattorneys.com
          szinna@ocgattorneys.com
8  *Attorneys for Defendants*
9     *Clark County School District*
      *and Nicole Riley*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| S.D., a minor by and through her Parents, Andre Dupree and Daijeana Rogers,<br><br>             Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; NICHOLE RILEY, individually and in her capacity as Plaintiff's former teacher of record; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>             Defendants. | Case No. 2:23-cv-00684-RFB-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS AS TO ALL DEFENDANTS** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff S.D., a minor, through her Parents ANDRE DUPREE and DAIJEANA ROGERS, and Defendants CLARK COUNTY SCHOOL DISTRICT and NICOLE RILEY (collectively the "CCSD Defendants"), through their respective counsel of record, that all claims asserted in the above-captioned matter against all Defendants in the above-captioned matter, are hereby DISMISSED WITH PREJUDICE as to all Defendants, in accordance with the Settlement Agreement duly executed by and on behalf of the parties hereto, and in accordance with this Court's Order granting Plaintiffs' petition to

Page 1 of 2

compromise the claim of the minor S.D. pursuant to Nevada Revised Statute § 41.200, entered by the Court on May 27, 2025 (ECF 28), all obligations thereunder having been satisfied.

The parties are to bear their own attorney's fees, costs, and expenses related to the claims dismissed hereby.

**IT IS SO STIPULATED.**

DATED this 2nd day of July, 2025.

OLSON CANNON & GORMLEY

/s/ *Stephanie A. Barker*

THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:    702-384-4012
Facsimile:  702-383-0701
Email: tdillard@ocgattorneys.com
       sbarker@ocgattorneys.com
       szinna@ocgattorneys.com
*Attorneys for Defendants
Clark County School District
and Nicole Riley*

DATED this 2nd day of July, 2025.

ARIAS SANGUINETTI WANG
   & TORRIJOS, LLP

/s/ Christopher A.J. Swift

GREGG A. HUBLEY, ESQ.
Nevada Bar No. 7386
CHRISTOPHER A.J. SWIFT, ESQ.
Nevada Bar No. 11291
7201 W. Lake Mead Blvd., Suite 570
Las Vegas, NV 89128
gregg@aswtlawyers.com
christopher@aswtlawyers.com
*Attorneys for Plaintiff*

LAW OFFICE OF MARIANNE C. LANUTI
MARIANNE C. LANUTI, ESQ.
Nevada Bar No. 7784
658 Falcon Summit Ct.
Henderson, NV 89012
NVKidsLaw@gmail.com
*Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

DATED: __July 7, 2025__.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

## Nan Langenderfer

| | |
|---|---|
| **From:** | Christopher A. J. Swift <christopher@aswtlawyers.com> |
| **Sent:** | Tuesday, July 1, 2025 1:49 PM |
| **To:** | Stephanie Barker; Gregg A. Hubley |
| **Cc:** | Emily Smith; Bryan Tamayo; Nan Langenderfer; Jasminn G. Hernandez; Tom Dillard; Chad Aronson; Audrianna Click; Paula J. Howley; Ronald Harper; Marianne Lanuti |
| **Subject:** | RE: S.D. v. CCSD, | Board Settlement Consideration |

Hi Stephanie –

Yes, you may attach my electronic signature after the checks are delivered. Thank you.

CHRISTOPHER A.J. SWIFT | ARIAS SANGUINETTI | (702) 789-7529

**From:** Stephanie Barker <sbarker@ocgattorneys.com>
**Sent:** Tuesday, June 24, 2025 1:36 PM
**To:** Christopher A. J. Swift <christopher@aswtlawyers.com>; Gregg A. Hubley <gregg@aswtlawyers.com>
**Cc:** Emily Smith <emilys@aswtlawyers.com>; Bryan Tamayo <bryan@aswtlawyers.com>; Nan Langenderfer <nlangenderfer@ocgattorneys.com>; Jasminn G. Hernandez <jasminn@aswtlawyers.com>; Tom Dillard <tdillard@ocgattorneys.com>; Chad Aronson <chad@aswtlawyers.com>; Audrianna Click <aclick@ocgattorneys.com>; Paula J. Howley <paula@aswtlawyers.com>; Ronald Harper <Rharper@ocgattorneys.com>; Marianne Lanuti <nvkidslaw@gmail.com>
**Subject:** RE: S.D. v. CCSD, | Board Settlement Consideration

[CAUTION EXTERNAL E-MAIL: This email originated from Outside the Organization. DO NOT click or open attachments unless you recognize the sender and know the content is safe]

Chris:

We have the settlement checks ready for delivery. Do we have your authorization to submit the attached Stipulation to Dismiss, with your electronic signature, after the checks are delivered?

Please advise.

**Stephanie A. Barker, Esq.**
**Olson Cannon & Gormley**
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone:  702-384-4012
Direct:  702-383-1624
sbarker@ocgattorneys.com


**\*\*Please NOTE the change in email address\*\*\*\***
    **New Domain:  @ocgattorneys.com**
    **The Former Domain:  @ocgas will expire soon**


**Privileged and Confidential**

1